Certificate Number: 01267-KS-CC-028933060

01267-KS-CC-028933060

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 16, 2017, at 08:00 o'clock PM EST, Sara B Horne received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Kansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 16, 2017

By: /s/Bethany Condoll

Name: Bethany Condoll

Title: Area Manager

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).